IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02794-REB-KLM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RICHARD DALTON, and
UNIVERSAL CONSULTING RESOURCES LLC,

    Defendants,

and

MARIE DALTON,

    Relief Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion for Telephonic Appearance** [Docket No. 47; Filed February 15, 2011] (the "Motion").  As an initial matter, the Court notes that counsel for Defendants has failed to comply with both this Court's Local Rules and the Order Setting Scheduling/Planning Conference [Docket No. 37].  First, counsel for Defendants did not comply with D.C.COLO.LCivR 7.1A, which requires that a moving party "shall state in the motion, or in a certificate attached to the motion, the specific efforts" made to confer with opposing parties to determine their position on the motion.  Second, counsel for Defendants failed to comply with Paragraph C of the Order Setting Scheduling/Planning Conference [#37], which states that "no motion for any telephonic appearance will be granted unless it is filed at least FIVE (5) business days in advance of the date of appearance."  Despite counsel's failure to comply with the Order [#37] and the Local Rules,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Counsel for Defendants shall contact the Court at **303-335-2770** to participate in the Scheduling Conference on **February 16, 2011 at 9:30 a.m.**

    IT IS FURTHER **ORDERED that future motions that do not comply with the Local Rules or orders of the Court will be summarily denied**.

    Dated:  February 16, 2011