IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02794-REB-KLM

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

RICHARD DALTON, and
UNIVERSAL CONSULTING RESOURCES LLC,

    Defendants,

and

MARIE DALTON,

    Relief Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Settlement Conference Set for June 15, 2011 at 1:30 p.m.** [Docket No. 54; Filed June 2, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Settlement Conference set for June 15, 2011 at 1:30 p.m. is **vacated**. A settlement conference will be reset only upon joint motion of the parties.

    Dated: June 3, 2011