**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

10-cv-02794-REB-KLM

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

UNIVERSAL CONSULTING RESOURCES LLC, and
RICHARD DALTON,

      Defendants,

and

MARIE DALTON,

      Relief Defendant.

---

## ORDER CONCERNING MOTION FOR PRELIMINARY INJUNCTION

---

**Blackburn, J.**

This matter came before me this date for a status conference. The matter is also

before me on **Plaintiff's Motion for Preliminary Injunction, Asset Freeze, and Other**

**Equitable Relief** [#14][1] filed November 22, 2010.  The defendants are in default [#65].

At the status conference, the plaintiff reported that it will file a motion for default

judgment and disgorgement within 45 days.  Currently, the court's **Temporary**

**Restraining Order** [#18] filed November 23, 2010, remains in effect by stipulation of the

parties.  That stipulation was approved by the court in an order [#45] entered January

---

[1]   "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

10, 2011.

Given the stipulated extension of the court's **Temporary Restraining Order** [#18] filed November 23, 2010, the continuing default of the defendants, and the prospect that the plaintiff will seek relief, *inter alia*, similar to that sought in the **Plaintiff's Motion for Preliminary Injunction, Asset Freeze, and Other Equitable Relief** [#14] filed November 22, 2010, but on a permanent basis rather than a preliminary basis, I conclude that there is no utility in continuing to process the **Plaintiff's Motion for Preliminary Injunction, Asset Freeze, and Other Equitable Relief** [#14] filed November 22, 2010, as a pending motion.  In anticipation of the plaintiff's motion for default judgment, I deny as moot the **Plaintiff's Motion for Preliminary Injunction, Asset Freeze, and Other Equitable Relief** [#14] filed November 22, 2010.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Plaintiff's Motion for Preliminary Injunction, Asset Freeze, and Other Equitable Relief** [#14] filed November 22, 2010, is **DENIED** as moot; and

2.  That based on the stipulation [#44] of the parties, and the court's order [#45] approving that stipulation, the court's **Temporary Restraining Order** [#18] filed November 23, 2010, **SHALL REMAIN** in full force and effect, pending further order of court.

Dated September 9, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge